WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>Plaintiff<br><br>vs.<br><br>STEWART TITLE GUARANTY COMPANY,<br><br>Defendant | Case No.: 2:20-cv-00176-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 and Defendant Stewart Title Guaranty Company, by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2  WITH PREJUDICE, with each party to bear its own fees and costs.

3  DATED this 30th day of January, 2023.   DATED this 30th day of January, 2023.

**WRIGHT, FINLAY & ZAK, LLP**               **MAURICE WOOD**

*/s/ Lindsay D. Dragon, Esq.*               */s/ Brittany Wood, Esq.*
Lindsay D. Dragon, Esq.                     Brittany Wood, Esq.
Nevada Bar No. 13474                        Nevada Bar No. 7562
7785 W. Sahara Ave., Suite 200              8250 W. Charleston Blvd., Suite 100
Las Vegas, NV 89117                         Las Vegas, NV 89117
*Attorney for Plaintiff U.S. Bank National  Attorneys for Defendant, Stewart Title*
*Association, as Trustee for Greenpoint     Guaranty Company*
*Mortgage Funding Trust Mortgage Pass-*
*Through Certificates, Series 2007-AR1*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2023